Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00323-CV

A.L. **DAWSEY**, Individually
and A.L. Dawsey d/b/a Serpentine Plug Drilling Joint Venture
and Tech Resources, Inc.,
Appellants

v.

**REACH COMPLETION SERVICES, L.L.C.**;
Alan G. Mikell; Paul A. Ross, III; Gerald Osburn; and Ralph Sheldon,
Appellees

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 06-01-11195-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:　　　Sandee Bryan Marion, Justice
　　　　　　　Phylis J. Speedlin, Justice
　　　　　　　Rebecca Simmons, Justice

Delivered and Filed:　October 8, 2008

DISMISSED FOR LACK OF JURISDICTION

On August 13, 2008, appellees filed a motion to dismiss on the grounds that the order appealed from is interlocutory. Appellants responded, asking this court to determine whether the judgment is final. The summary judgment order signed by the trial court on April 10, 2008 does not dispose of the claims filed by CMT Well Completions, Inc. d/b/a Reach Completion Services, Inc.

against A.L. Dawsey d/b/a Serpentine Plug Drilling Joint Venture and Tech Resources. The clerk's record on appeal does not contain a severance order. Because the judgment is interlocutory, appellees' motion to dismiss is granted and this appeal is dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


PER CURIAM